**STATE of Missouri, Respondent,**

v.

**Donald Wayne RAINWATER, Appellant.**

**No. WD 39091.**

Missouri Court of Appeals, Western District.

Nov. 3, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 29, 1987.

James M. Thompson, Columbia, for appellant.

William L. Webster, Atty. Gen., Philip P. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before MANFORD, P.J., and NUGENT and GAITAN, JJ.

**ORDER**

PER CURIAM.

Defendant appeals jury conviction of stealing property with a value of at least $150, § 570.030 RSMo 1978, and sentence of fifteen years imprisonment.

Judgment affirmed. Rule 30.25(b).